TROUTMAN PEPPER LOCKE LLP
Regina J. McClendon (SBN 184669)
regina.mcclendon@troutman.com
Lindsey E. Kress (SBN 278213)
lindsey.kress@troutman.com
Heather C. Smith (SBN 357018)
heather.c.smith@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone: (415) 477-5700
Fax: (415) 477-5710

Attorneys for Defendant
Wells Fargo Bank, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA, AND DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 3:26-cv-04790-JSC<br><br>**JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>**ORDER**<br><br>*[Filed Concurrently with [Proposed] Order]*<br><br>Initial CMC: August 19, 2026<br>Proposed CMC: November 18, 2026<br><br>Complaint Filed: March 20, 2026 |

Pursuant to Local Rules 6-1, 6-2, this Court's Civil Standing Order, and Dkt. No. 10, Plaintiff Edith Harris ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") (together, the "Parties"), by and through their respective counsel of record hereby stipulate as follows:

WHEREAS, the initial case management conference is currently scheduled to occur on August 19, 2026 at 2:00 p.m. in the above-mentioned Court.

WHEREAS, after the conference date was set, this Court granted Wells Fargo's motion to dismiss with leave to amend.

WHEREAS, Plaintiff's deadline to file an amended complaint is August 20, 2026.

WHEREAS, the Parties respectfully request that the initial case management conference and all related deadlines be continued by 91 days to November 18, 2026 at 2:00 p.m., or the first date thereafter that is convenient to the Court.

WHEREAS, this scheduling modification will allow Plaintiff time to file her amended complaint and time for the resolution of any subsequent motion to dismiss filed by Wells Fargo.

WHEREAS, the Parties stipulate and agree that this change of time is not requested for the purposes of delay, will not affect any other deadline set by the Court, and will not result in prejudice to the parties or to the Court.

**IT IS SO STIPULATED AND REQUESTED.**

Dated: August 5, 2026

Respectfully submitted,

CHIBUEZE LAW OFFICES

By: */s/Remigus O. Chibueze*
Remigius O. Chibueze
Attorney for Plaintiff Edith Harris

Dated: August 5, 2026

TROUTMAN PEPPER LOCKE LLP

By: */s/ Heather C. Smith*
Regina J. McClendon
Lindsey E. Kress
Heather C. Smith
Attorneys for Defendant Wells Fargo Bank, N.A.

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that I have been authorized in writing by Plaintiff Edith Harris's counsel to insert his electronic signature into this document.

Dated: August 5, 2026

By: */s/Heather C. Smith*
Heather C. Smith

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDITH HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NA, AND DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.: 3:26-cv-04790-JSC<br><br>**[PROPOSED] ORDER GRANTING THE PARTIES' JOINT STIPULATED REQUEST FOR AN ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br>Initial CMC: August 19, 2026<br>Proposed CMC: November 18, 2026<br><br>Complaint Filed: March 20, 2026 |

Having considered the Parties Joint Stipulated Request for an Order Continuing the Initial Case Management Conference, IT IS HEREBY ORDERED THAT the initial case management hearing and all related deadlines is continued 91 days to November 18, 2026.

**IT IS SO ORDERED.**

Dated: August 6, 2026

The Honorable Jacqueline Scott Corely
UNITED STATES DISTRICT JUDGE